IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ATHLETIC BUSINESS MEDIA, INC.,

                Plaintiff,

v.                                                   ORDER

NATIONAL WOOD FLOORING                    16-cv-606-jdp
ASSOCIATION,

                Defendant.

---

      Plaintiff Athletic Business Media, Inc., initiated this case by filing a motion for temporary restraining order and preliminary injunctive relief. Dkt. 4. The motion concerns defendant National Wood Flooring Association's termination of a license agreement between the two parties. Athletic Business alleges that NWFA provided a written, 30-day notice of termination on August 26, 2016. *Id.* Under the terms of the agreement, a termination goes into effect after 30 days and a $250,000 payment to Athletic Business. *Id.*

      The court is not inclined to issue a temporary restraining order as it appears the status quo will remain in place until September 25, 2016, and Athletic Business has not convinced the court that irreparable harm is imminent. There is no need to enter an order before NWFA is able to respond to the motion for preliminary injunctive relief.

      NWFA's response to Athletic Business's motion for preliminary injunction is due within 14 days of the date of this order. After receiving NWFA's response, the court will ask for a reply or schedule a hearing on the need for a preliminary injunction if necessary.

It appears that Athletic Business has so far complied with the court's procedures to be followed on motions for injunctive relief.[1] The court reminds Athletic Business of its obligations to provide notice to the opposing party and to promptly serve the opposing party with copies of all materials filed. To that end, the court orders Athletic Business to immediately serve all materials filed in this action, including this order, on NWFA.

ORDER

IT IS ORDERED that:

1. Plaintiff Athletic Business Media, Inc.'s motion for a temporary restraining order, Dkt. 4, is DENIED.

2. Plaintiff immediately serve all materials filed in this action, including this order, on Defendant National Wood Flooring Association.

3. Defendant file a response to Plaintiff's motion for preliminary injunctive relief within fourteen days of the date of this order.

Entered September 7, 2016.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge

---

[1] http://www.wiwd.uscourts.gov/sites/default/files/Injunctive_Relief.pdf.